IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MACHINERY LINK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-0471-CV-W-GAF |
| ) | |
| GREG BURTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Now before the Court is the parties' Stipulation for Dismissal With Prejudice. Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice. Each party is to bear its own costs and fees.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED:   June 26, 2009